# United States Court Of Appeals
# For the Seventh Circuit
# Chicago, Illinois 60604

### SUBSTITUTE APPEARANCE

Appellate Court No.: 24-3061　　　　　　　　　Docketed on: 11/12/2024
Short Caption: *Harrel v. Raoul*
District Court Judge: Stephen P. McGlynn
District Court No.: 3:23-cv-000141-SPM
*****************************************************************************

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.
*****************************************************************************

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF: <u>Kwame Raoul and Brendan F. Kelly</u> as the:

[ X ]　appellant(s)　　　　　[ ]　appellee(s)　　　　　[ ]　amicus curiae
[ ]　petitioner(s)　　　　　[ ]　respondent(s)　　　　[ ]　intervenor(s)

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

Firm, Office or Facility:　　　OFFICE OF THE ATTORNEY GENERAL
Unit, Division or Section:　　 CIVIL APPEALS DIVISION
Address:　　　　　　　　　　115 South LaSalle Street
City/State/Zip:　　　　　　　Chicago, Illinois 60603
Firm Telephone Number:　　　(312) 814-3000

Name<u>: Megan L. Brown</u>
Signature<u>: /s/ Megan L. Brown</u>
Direct Phone No. (312) 415-6318
Admitted to Appellate Court?　Y __　N_x__


Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

**CERTIFICATE OF FILING AND SERVICE**

     I hereby certify that on November 15, 2024, I electronically filed this substitute appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

     All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

<u>/s/ Megan L. Brown</u>
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60601
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov
