No. 24-3061

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DANE HARREL; C4 GUN STORE, LLC; MARENGO GUNS, INC.; ILLINOIS STATE RIFLE ASSOCIATION; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>      Plaintiffs-Appellees,<br><br>    v.<br><br>KWAME RAOUL, Attorney General of the State of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police,<br><br>      Defendants-Appellants. | Appeal from the United States District Court for the Southern District of Illinois<br><br><br><br>No. 3:23-cv-00141-SPM<br><br><br><br>The Honorable<br>STEPHEN P. McGLYNN,<br>Judge Presiding. |

## NOTICE OF APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the appearance of Deputy Solicitor General Alex Hemmer as counsel for defendants-appellants in the above-captioned matter.  Assistant Attorney General Megan L. Brown will continue to represent defendants-appellants on appeal.

Dated:  November 15, 2024

                                                                     Respectfully submitted,

                                                                      KWAME RAOUL
                                                                      Attorney General
                                                                      State of Illinois

                                    By:    /s/ Alex Hemmer
                                                     ALEX HEMMER

Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 15, 2024, I electronically filed this notice of appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER