# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

1523 New Hampshire Avenue, N.W.　　　　(202) 220-9600
　　Washington, D.C.  20036　　　　　　　Fax (202) 220-9601

June 11, 2025

**<u>Via CM/ECF</u>**
Christopher G. Conway
Clerk of the Court
United States Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
27th Floor
Chicago, Illinois 60604

　　　　Re:　Oral Argument in *Barnett v. Raoul*, No. 24-3060; *Harrel v. Raoul*, No. 24-3061; *Langley v. Kelly*, No. 24-3062; Federal *Firearms Licensees of Illinois v. Pritzker*, No. 24-3063

Dear Mr. Conway:

　　I plan to present argument for the Plaintiff-Appellees in the *Harrel v. Raoul*, No. 24-3061, appeal. Due to a family commitment, I am requesting that oral argument not be scheduled on September 24-25, 2025.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　<u>/s/Peter A. Patterson</u>
　　　　　　　　　　　　　　Peter A. Patterson
　　　　　　　　　　　　　　COOPER & KIRK, PLLC
　　　　　　　　　　　　　　1523 New Hampshire Ave., NW
　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　Tel: (202) 220-9670
　　　　　　　　　　　　　　Fax: (202) 220-9601
　　　　　　　　　　　　　　ppatterson@cooperkirk.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing Letter Regarding Oral Argument with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

/s/Peter A. Patterson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9670
Fax: (202) 220-9601
ppatterson@cooperkirk.com